In the Matter of the Claim of GERTRUDE O'DONNELL, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.